ACCEPTED
14-14-00510-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 8:59:54 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00510-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/20/2015 8:59:54 AM

CHRISTOPHER A. PRINE
Clerk

————◆————

## No. 1383453

In the 208th District Court
Of Harris County, Texas

————◆————

## WILLIAM MICHAEL DIXON
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

————◆————

## STATE'S MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

————◆————

To the Honorable Court of Appeals:

The State of Texas, pursuant to Texas Rules of Appellate Procedure 2 and 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for driving while intoxicated as a third offender. Appellant pled not guilty, a jury heard the trial, and it found him guilty. The trial court assessed sentence at 40 years confinement

in the Texas Department of Criminal Justice. Appellant filed timely notice of appeal.

2. Appellant filed an appellate brief on January 21, 2015.

3. The State's appellate brief is due on February 20, 2015.

4. This is the State's **<u>first</u>** request for an extension in this case.

5. The State requests this extension of time in which to file its brief, and the undersigned attorney believes that a brief can be filed by April 2, 2015, she is requesting a lengthier than usual extension for the reasons addressed below.

6. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. At present, the Harris County District Attorney's Office employees 15 appellate prosecutors, but on being deployed on active military service is unable to carry a caseload. Accordingly, the remaining members of the appellate division are currently assigned a caseload of approximately 67 active cases showing an average of 4.7 briefs per prosecutor.

   b. The attorney to whom this case is assigned has three outstanding briefs assigned to her including this one, and one case on abatement that will soon be returned to active status, was recently called upon to file a petition for discretionary review on a matter, and is preparing for oral argument on March 3, 2015, on *Leland Dykes v. State*. This has slowed her response on appellant's brief. She received this briefing assignment on February 6, 2015, and could not complete it by the initial deadline because of her existing workload.

   c. Between the time that the appellant filed his brief in this case and this State's motion for extension, the undersigned has filed three briefs, namely: *Haynes v. State*, No. 14-14-00353-CR, *Perez v. State*, 14-14-00476-CR, and a petition for discretionary review in *Oliver v. State*, No. 14-13-00957-CR.

d. The workload of this prosecutor is not out of the ordinary in the appellate division of the Harris County District Attorney's Office.

e. In addition to its assignments in responding to appellate briefs, the appellate division of the Harris County District Attorney's Office also answers questions from trial prosecutors. These questions frequently occur in the middle of or immediately before trial, and therefore other work must be put aside to answer these pressing questions. Harris County has 25 Criminal District Courts and 15 County Criminal Courts at Law, and this particular prosecutor is tasked with answering questions related to Texas Code of Criminal Procedure article 39.14 regarding discovery changes, is one of two prosecutors tasked with answering any juvenile law related questions, and answers questions from five felony courts in addition to the three juvenile courts.

f. The Harris County District Attorney's Office Appellate Division is experiencing a significant workload at present. Appellate prosecutors, including the undersigned attorney, are working as quickly as possible including during overtime hours to complete as many briefs as possible as quickly as possible while still addressing all the issues raised by appellant's as thoroughly as necessary to see that justice is done on each appeal. Accounting for varying staffing levels, the output of the division is not significantly different than it was this time last year. However, because of the high workload per prosecutor, as well as the greater length and complexity of appeals being brought in this county, it is taking longer to process all of the assigned cases, and more cases thereby require multiple extension or more lengthy extensions before the completion of each brief. It is this prosecutor's expectation that she should be able to complete this brief by the requested extension date to avoid the need for any further extension requests on this case.

WHEREFORE, the State prays that this Court will grant the requested extension until April 2, 2015.

Respectfully submitted,

/s/ *Jessica A. Caird*

**JESSICA A. CAIRD**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
caird_jessica@dao.hctx.net
TBC No. 24000608

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve a

copy of this motion to:

David Rushing
Attorney at Law
723 Main Street, St. 816
Houston, TX  77002
davidrushing@hotmail.com

Tom Abbate
Attorney at Law
2425 West Loop South, Ste. 200
Houston, TX  77027
tomabbatelaw@gmail.com

/s/ *Jessica A. Caird*

**Jessica A. Caird**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
caird_jessica@dao.hctx.net
TBC No. 24000608

Date: February 20, 2015